TOWNSEND, Respondent, v. PERRY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Frank B. Townsend against Ezekiel C. Perry and others. No opinion. Motion granted to permit appellants to dispense with the printing of former appeal books upon this appeal, without costs. See, also, 164 App. Div. 963, 149 N. Y. Supp. 494.

TRAVIS v. KNOX TERPEZONE CO. et al. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Frank H. Travis against the Knox Terpezone Company and others. No opinion. Motion granted. Questions certified. Order filed. See, also, 150 N. Y. Supp. 621.

TROIANO, Respondent, v. GALASSO et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 11, 1915.) Action by Agostino Troiano against Antonio Galasso and another.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, without prejudice to a renewal of the motion at Special Term upon further papers. The reversal is upon the ground that, the partnership having been denied, there was no satisfactory evidence in this record that there was a partnership in fact between the parties. Any funds in the custody of the receiver to be subject to the further order of the Special Term.

RICH, J., not voting.

In re THANASULES. (Supreme Court, Appellate Division, First Department. February 11, 1915.) In the matter of Antonio A. Thanasules, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re TULLOCH. (Supreme Court, Appellate Division, First Department. February 26, 1915.) In the matter of George H. Tulloch. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ULNER v. DORAN. (Supreme Court, Appellate Division, First Department. February 11, 1915.) Action by Walter V. Ulner against John R. Doran. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

UNDERWOOD TYPEWRITER CO. v. FALK. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by the Underwood Typewriter Company against Jacob Falk. No opinion. Application denied, with $10 costs. Order filed.

UNION FREE SCHOOL DIST. NO. 1 OF TOWN OF QUEENSBURY, WARREN COUNTY, v. MACK et al. (Supreme Court, Appellate Division, Third Department. January 15, 1915.) Action by the Union Free School District No. 1 of the Town of Queensbury, Warren County, N. Y., against John

Mack and another. No opinion. Order reversed, and award of commissioners confirmed, without costs to either party. The court determines that, even upon the assumption that the value of the liquor tax certificate should be included in the value of the premises, nevertheless the award is adequate.

UNITED STATES DRAINAGE & IRRIGATION CO. v. HAWLEY et al. (Supreme Court, Appellate Division, Second Department. January 29, 1915.) Action by the United States Drainage & Irrigation Company against Fred Hawley and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Plaintiff's moving papers showed sufficient grounds to examine defendants Hawley and Moran, under section 872 of the Code of Civil Procedure. By such means plaintiff can find out for whom these defendants acted, and ascertain the persons who entered into this arrangement or association for draining these marshes. Mason v. New York Review Publishing Co., 154 App. Div. 651, 139 N. Y. Supp. 639; Alden v. O'Brien, 138 App. Div. 249, 122 N. Y. Supp. 910. The affidavit gave the residence of the present defendants, Hawley and Moran. It was unnecessary to set forth the residence of others named as defendants, but not yet served with process. The order providing for issue of a subpœna duces tecum, if it became necessary, was in proper form. Crompton v. Dobbs, 119 App. Div. 331, 104 N. Y. Supp. 698.

VAN ANTWERP, Respondent, v. O'BRIEN CONST. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1915.) Action by Nelson Van Antwerp against the O'Brien Construction Company. No opinion. Judgment and order affirmed, with costs.

VANDERBORG, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 22, 1915.) Action by Abraham Vanderborg against the City of New York.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 158 App. Div. 297, 142 N. Y. Supp. 26.

JENKS, P. J., and BURR, J., dissent, on the ground that the verdict is against the weight of the evidence.

VANDYKE v. WEBB. (Supreme Court, Appellate Division, First Department. January 29, 1915.) Action by Herbert Vandyke against James N. Webb, as sole surviving executor, etc. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

VILLAGE OF FREDONIA, Appellant, v. FREDONIA NATURAL GAS LIGHT CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 13, 1915.) Action by the Village of Fredonia against the Fredonia Natural Gas Light Company and others.

PER CURIAM. Stay granted until the hearing and determination of this appeal, upon con-